**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| **WOODY PARTNERS et al,** | **CIVIL DIVISION** |
| **Plaintiffs,** | |
| v. | **Case No.** |
| **MATTHEW R. MAGUIRE, PATRICK MAGUIRE, BOUSTEAD SECURITIES, LLC, MELVIN PIRCHESKY, ROBERT CAMPBELL, ROBERT LEWIS and DAVID MINNOTTE,** | |
| **Defendants.** | |

## LIST OF PLAINTIFFS

All of the Plaintiffs purchased stock and/or notes of OneJet, Inc. (OneJet) from Matthew R. Maguire and/or Boustead Securities, LLC, Robert Campbell and Melvin Pirchesky, as follows:

1. Woody Partners is a general partnership with offices at 132 Hartwood Drive, Pittsburgh, PA 15208. Woody Partners purchased shares of Series B Preferred Stock on November 16, 2017 for $200,000.00.

2. Aloe Brothers, LLC, is a Pennsylvania Limited Liability Company with offices at 5540 Dunmoyle Avenue, Pittsburgh, PA 15217. Aloe Brothers purchased shares of Series B Preferred Stock on June 7, 2017 for $400,000.00.

3. David Aloe is an adult individual with offices at 200 Neville Road, Pittsburgh, PA 15225. David Aloe purchased shares of Series B Preferred Stock for $100,000.00.

4. Jerry Whitaker is an adult individual who resides at 24 Paw Paw Way, Sunset, SC 29685. Jerry Whitaker purchased shares of Series B Preferred Stock on June 12, 2017 for $100,000.00.

# EXHIBIT "A"

5. Alexander Speyer is an adult individual who resides at 571 Briar Cliff Road, Pittsburgh, PA 15221. Alexander Speyer purchased a OneJet Term Note for $100,000.00.

6. Michael Lewis is an adult individual with offices at 275 Curry Hollow Road, Pittsburgh, PA 15236. Michael Lewis invested $900,000.00 in OneJet.

7. Triad Investments, Inc. is a corporation with offices at 32425 Aurora Road, Salon, Ohio 44139. Triad Investments purchased Series B Preferred Stock on June 12, 2017 for $300,000.00, and on December 12, 2017 for $50,000.00, for a total investment of $350,000.00.

8. Orttech Ltd., Inc. is a corporation with offices at 32425 Aurora Road, Salon, Ohio 44139. Orttech Ltd. purchased Series B Preferred Stock on June 12, 2017 for $100,000.00, and on December 12, 2017 for $100,000.00, for a total investment of $200,000.00.

9. Stephen J. Zenczak is the Co-Trustee of the Gregory S. Zenczak Family Dynasty Trust who resides at 1185 Fox Hill Drive, Gates Mills, Ohio 44040. Stephen J. Zenczak, in his capacity as the Co-Trustee of the Gregory S. Zenczak Family Dynasty Trust, purchased shares of Series B Preferred Stock on June 9, 2017 for $50,000.00.

10. Gregory S. Zenczak is the Co-Trustee of the Stephen J. Zenczak Family Dynasty Trust who resides at 1185 Fox Hill Drive, Gates Mills, Ohio 44040. Gregory S. Zenczak, in his capacity as the Co-Trustee of the Stephen J. Zenczak Family Dynasty Trust, purchased shares of Series B Preferred Stock on June 9, 2017 for $50,000.00.

11. Kevin Altomari is an adult individual who resides at 1071 Parkview Boulevard, Pittsburgh, PA 15217. Kevin Altimari purchased shares of Series B Preferred

**EXHIBIT "A"**

Stock on July 28, 2017 for $62,410.00, on September 9, 2017 for $50,000.00 and on December 12, 2017 for $50,000.00, for a total investment of $162,410.00.

12. John A. George and Carolyn D. George are adult individuals. John A. George has offices at 5835 Ellsworth Avenue, Pittsburgh, PA 15232. John A. George and Carolyn D. George purchased shares of Series B Preferred Stock for $225,000.00.

13. James Liken is an adult individual who resides at 5 Deer Spring Lane, Pittsburgh, PA 15238. James Liken invested $650,000.00 in OneJet.

14. Corina Diehl is an adult individual whith offices at 258 Pittsburgh Road, Butler, PA 16001. Corina Diehl purchased a OneJet Term Note for $150,000.00.

15. Nicholas P. Constantakis and Valerie Constantakis are adult individuals residing at 4660 Vitullo Drive, Allison Park, PA 15101. Nicholas P. Constantakis and Valerie Constantakis purchased Series B Preferred Stock for $200,000.00 on July 26, 2017. In addition, the Constantakis purchased a OneJet Term Note for $150,000.00 on December 7, 2017.

16. Andrew Constantakis is an adult individual who resides in Pittsburgh, PA. Andrew Constantakis invested $50,000.00 in OneJet.

17. B5S, LLC is a limited liability company with offices at 900 Art Rooney Avenue, Pittsburgh, PA 15212. B5S purchased shares of Series B Preferred Stock for $250,000.00.

18. James V. Sacco is an adult individual with offices at 900 Art Rooney Avenue, Pittsburgh, PA 15212. James V. Sacco purchased a OneJet Term Note for $75,000.00.

19. Robert Denove is an adult individual with offices at One PPG Place,

**EXHIBIT "A"**

Pittsburgh, PA 15222. Robert Denove purchased a OneJet Term Note for $75,000.00.

20. Blair Oak Investment, LP is a limited partnership with offices at 1121 Boyce Road, Pittsburgh, PA 15241. Blair Oak Investment purchased Series B Preferred Stock for $500,000.00 and a OneJet Term Note for $125,000.00, for a total investment of $625,000.00.

21. Robert Auray, Jr. and Marion Auray are adult individuals residing at 610 Berkshire Drive, Pittsburgh, PA 15215. Robert Auray, Jr. and Marion Auray purchased shares of Series B Preferred Stock for $75,000.00 on January 8, 2018.

22. Robert A. Pietrandrea is an adult individual residing at 2540 Longmount Drive, Wexford, PA 15090. Robert A. Pietrandrea purchased shares of Series B Preferred Stock for $74,896.17 on December 22. 2017 and a OneJet Term Note for $150,000.00 on December 29, 2017, for a total investment of $224,896.17.

23. David Matter is an adult individual who resides at 201 McClean Place, Pittsburgh, PA 15217. David Matter purchased a OneJet Term Note for $50,000.00.

24. John Paul is an adult individual with offices at 4401 Penn Avenue, Pittsburgh, PA 15224. John Paul purchased a OneJet Term Note for $50,000.00.

25. Randy Lueth is an adult individual who resides at 106 Nevin Drive, McMurray, PA 15317. Randy Lueth purchased a OneJet Term Note in May of 2018 for $75,000.00.

26. Matthew Johnson is an adult individual with offices at 285 Kappa Drive, Pittsburgh, PA 15238. Matthew Johnson invested $325,000.00 in OneJet.

27. James Johnson is an adult individual with offices at 285 Kappa Drive, Pittsburgh, PA 15238. James Johnson invested $325,000.00 in OneJet.

# EXHIBIT "A"

28. The Christian Luke Ronald Vadas 2016 Trust is a Trust administered by Robert Joseph Vadas, Trustee. The Trust invested $75,000.00 in OneJet.

29. The Simon Isaac Young Vadas 2016 Trust is a Trust administered by Sue Young-Vadas, Trustee. The Trust invested $75,000.00 in OneJet.

30. Mitchell Elias Nahra, M.D. is an adult individual with offices at 9500 Mentor Avenue, Mentor, Ohio 44060. Mitchell Elias Nahra invested $150,000.00 in OneJet.

31. Flighthawk, LLC is a Pennsylvania limited liability company with offices at 209 Fourth Avenue, Pittsburgh, PA 15222. Flighthawk, LLC purchased a OneJet Term Note for $150,000.00.

32. Susan Rosen is an adult individual who resides in Pittsburgh, PA. Susan Rosen invested $50,000.00 in OneJet.

33 Jack Shilling is an adult individual who resides in Pittsburgh, PA. Jack Shilling invested $150,000.00 in OneJet.

34. Richard Berglund is an adult individual who resides at 444 Dorseyville Road, Pittsburgh, PA 15215.  Richard Berglund purchased a OneJet Term Note on April 22, 2018 for $150,000.00.

35. Anthony Folino is an adult individual who resides at 109 Dark Hollow Road, Oakmont, PA 15139. Anthony Folino purchased a OneJet Term Note for $150,000.00.

36. Sheertex Fabrics, LLC is a limited liability company with offices at 6401 Penn Avenue, Pittsburgh, PA 15206. Sheertex Fabrics, LLC purchased a OneJet Term

**EXHIBIT "A"**

Note for $150,000.00.

37.    Steven Smith is an adult individual who resides at 505 Washington Avenue, Pittsburgh, PA 15106. Steven Smith invested $150,000.00 in OneJet.

38.    Nancy Davenport is an adult individual who resides at 707 Hickory Road, Naples, FL 34108. Nancy Davenport purchased a OneJet Term Note for $150,000.00.

39.    William E. Hunt is an adult individual with offices at One Bigelow Sguare, Pittsburgh, PA 15219.  William E. Hunt purchased shares of Series B Preferred Stock for $250,000.00 and a OneJet Term Note for $150,000.00, for a total investment of $400,000.00.

40.    Clement R. Austin is an adult individual who resides at 3700 Drexel Drive, Erie, PA 16506. Clement R. Austin invested $150,000.00 in OneJet.

41.    Scott Kern is an adult individual who resides at 5362 Wolf Road, Erie, PA 16506. Scott Kern invested $150,000.00 in OneJet.

42.    Steven Einhorn is an adult individual who resides at 8205 N. River Road, Milwaukee, WIS 53217. Steven Einhorn purchased shares of Series B Preferred Stock for $100,000.00 and a OneJet Term Note for $50,000.00, for a total investment of $150,000.00.

43    The Harding-Brown Family Trust is administered by its Trustees, Greg Harding-Brown and Carol Harding-Brown.  The Harding-Brown Family Trust purchased shares of Series B Preferred Stock on January 30, 2017 for $50,000.00.

44.    Jeffrey Joerres is an adult individual with offices at 875 E. Wisconsin Avenue, Milwaukee, WI 53202.  Jeffrey Joerres invested $150,000.00 in OneJet.

45.    William Nasgovitz is an adult individual who resides at 4470 N. Lake,

**EXHIBIT "A"**

Milwaukee, Wisconsin 53211. William Nasgovitz purchased shares of Series B Preferred Stock for $500,000.00.

46. Michael H. White is an adult individual with offices at P.O. Box 245020, Milwaukee, Wisconsin 53224. Michael H. White purchased shares of Series B Preferred Stock for $250,000.00.

47. Timothy Hoeksema is an adult individual with offices at 100 East Wisconsin Avenue, Milwaukee, WI 53202. Timothy Hoeksema purchased shares of Series B Preferred Stock for $50,000.00.

48. Dennis Kuester is an adult individual residing in Naples, FL. Dennis Kuester invested $100,000.00 in OneJet.

49. Keith Kronk is an adult individual with offices at One North Shore Center, 12 Federal Street, Pittsburgh, PA 15212. Keith Kronk puchased a OneJet Term Note for $150,000.00.

50. David Tesone is an adult individual residing in Pittsburgh. David Tesone invested $150,000.00 in OneJet.

51. Derek Thomas is an adult individual residing in Pittsburgh. Derek Thomas invested $150,000.00 in OneJet.

**EXHIBIT "A"**

**EXHIBIT "A"**