FILED
7/2/19 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 18-24070-GLT |
| | Chapter 7 |
| OneJet, Inc. | |
|     Debtor. | |
| | Adversary No. 19-02134-GLT |
| Woody Partners et al. | Related Dkt. No. 1 |
|     Plaintiffs, | |
| v. | |
| Matthew R. Maguire et al., | |
|     Defendants. | |

## ORDER SETTING STATUS CONFERENCE

This matter came before the Court upon the *Opinion and Order* [Dkt. No. 48] issued by the Honorable Marilyn J. Horan referring this case to the Court for consolidation with the bankruptcy proceeding pending at Bankruptcy Case No. 18-24070-GLT. Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) A status conference will be held on **July 23, 2019** at **1:30 p.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

2) Plaintiff's Counsel shall serve a copy of this Order on all parties in interest and file a certificate of service within two (2) business days.

Dated: July 2, 2019

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
James R. Cooney, Esq.