IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-24070-GLT |
| | : | Chapter: |
| OneJet, Inc. | : | |
| | : | |
| *Debtor(s)*. | : | |
| | : | |
| Woody Partners et al, | : | Adv. No.: 19-02134-GLT |
| | : | |
| *Plaintiff(s)*, | : | |
| | : | |
| v. | : | |
| | : | |
| Maguire et al., | : | |
| | : | Date: 7/23/2019 |
| *Defendant(s)*. | : | Time: 01:30 |

**FILED**
JUL 23 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:*  Status Conference:
# 1 Adversary case 19-02134. Complaint by Woody Partners et al against Matthew R. Maguire, Patrick Maguire, Boustead Securities, LLC, Melvin Pirchesky, Robert Campbell, Robert Lewis, David Minnotte
#59 - Amended Exhibit A to Complaint
[Andrew Shedlock to Appear via CourtCall]

*APPEARANCES:*

| | |
|---|---|
| Plaintiff: | James Cooney, Ryan Cooney |
| Maguires: | Brian Bisignani |
| Robert Lewis: | Zachary Gordon |
| | William Stickman IV |
| David Minnotte: | Keith Whitson, |
| Melvin Pirchesky: | Gerald Stubenhofer, Jr. |
| Boustead Securities, Robert Campbell: | Andrew Shedlock (via CourtCall) |

*NOTES:*

J. Cooney: We filed this case on December 5, 2018. Nothing has happened following the referral to this Court from Judge Horan. We have acted as if the stay were lifted as of the time of the referral, which was our understanding. We have commenced discovery and requests for discovery in the form of written interrogatories and subpoenas. We are hoping for a schedule.

Court: Are all matters of record from the state court and district court now included on the docket in the present case?

J. Cooney: I believe so.

Stubenhofer: We believe the stay is in place still. Judge Horan's order said that the stay remained in place until further order of the court. We believe that the discovery is improper both because the stay is in place and because we haven't completed our rule 26 disclosures yet. We don't intend to respond to the discovery until then. The plaintiff also attempted to file an amended exhibit A at docket number 59 that attempted to add plaintiffs to the case.

Bisignani: I think that is correct.

Whitson: We are hoping for deadlines with respect to responsive pleadings.

Stickman: We are considering filing a motion to exclude counsel based on an attempt to solicit our client as a member of the plaintiff group.

Shedlock: I agree with the other defendants.

Court: It was appropriate to consider the stay as remaining in place. However, the Court will be issuing a new order clarifying that the stay that was in place is now lifted and that the Federal Rules of Bankruptcy Procedure now apply. The plaintiffs will therefore need to provide a statement expressing their consent or nonconsent to the entry of a final order by this court within 7 days. Any answers or motions to dismiss shall be filed within 21 days.

*OUTCOME:*

1. On or before July 30, 2019, Plaintiff shall file a statement of consent or nonconsent to the entry of final orders by this court (Chambers to Prepare).

2. On or before August 13, 2019, defendants shall file any answers or responsive pleadings (Chambers to Prepare).

3. The status conference is concluded (Text order to issue).

**DATED:** 7/23/2019