**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**ONEJET, INC.,**                                    Bankruptcy No. 18-24070-GLT

      Debtor.
_____

**WOODY PARTNERS et al,**                            Adversary No. 19-02134-GLT

      Plaintiffs,                              Related to Adversary Doc. Nos.:
  v.                                                 101, 117

**MATTHEW R. MAGUIRE, PATRICK**                      Hearing Date and Time:
**MAGUIRE, BOUSTEAD SECURITIES,**                    September 26, 2019 at 2:00 P.M.
**LLC, MELVIN PIRCHESKY, ROBERT**
**CAMPBELL, ROBERT LEWIS and**
**DAVID MINNOTTE,**

      Defendants.

**RESPONSE TO
MOTION TO DISQUALIFY COUNSEL**

And now, the Plaintiffs, Woody Partners et al, by their attorneys, Robert O Lampl, James R. Cooney, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl, file the within Response to Motion to Disqualify Counsel:

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

    4.    Admitted in part. It is admitted that Counsel for the Plaintiffs, the Lampl Law Office (the Lampl Firm) engaged in a phone conversation with Defendant, Robert Lewis (Lewis). The Plaintiffs deny that Lewis provided the Lampl firm with any non-

public information or with any confidential or privileged information, or any other information that could be "harmful" to Lewis.

5. Admitted in part. It is admitted that Robert Kunkel, who was employed as an associate by the Lampl firm, engaged in one phone conversation with Brandon Otis. The Plaintiffs deny that Mr. Otis provided Kunkel with any non-public information or with any confidential or privileged information, or any other information that could be "harmful" to Lewis. By way of further response, the declarations of Mr. Lewis and Mr. Otis fail to specify any so-called "non-public information" that was allegedly shared.

6. Denied. The Plaintiffs deny that "follow-up would be needed to determine if Mr. Lewis would participate in the lawsuit." To the contrary, Mr. Otis advised that Mr. Lewis intended to retain Robert Blumling of Blumling & Gusky, PC. The Plaintiffs also deny that Mr. Otis told Mr. Kunkel that "he would need permission to share any documents." To the contrary, Mr. Otis advised Mr. Kunkel that he would not share any documents unless he was served with a subpoena.

7. Admitted in part. The Plaintiffs admit that Mr. Lewis and Mr. Otis may have been copied on some e-mails. It is denied that that there were any other phone calls with Mr. Lewis or Mr. Otis.

8. Admitted.

9. Denied. As set forth above, neither Mr. Lewis nor Mr. Otis provided any non-public information to the Lampl firm. By way of further response, Mr. Lewis has failed to specify any so-called "non-public information" that was allegedly shared.

10. Admitted.

11. Admitted in part. The letter is a written document which speaks for itself.

2

12. Admitted in part. The letter is a written document which speaks for itself.

13. Admitted in part. The Plaintiffs admit that the matter was stayed. However, it is denied that Ryan Cooney advised Counsel for Lewis that Mr. Kunkel had "written a detailed memorandum based upon the information shared by Mr. Otis."

14. Admitted.

15. Admitted.

16. Denied. This paragraph sets for conclusions of law to which no responsive pleading is required. To the extent that a response is desirable, the Plaintiffs deny that Mr. Lewis was a "prospective client," or that Counsel's actions violate Rules of Professional Conduct 1.18. By way of further response, the Plaintiffs hereby incorporate their Brief in Opposition to Motion to Disqualify as if set forth in its entirety.

17. Denied. The Plaintiffs deny that there is any basis whatsoever for disqualification. By way of further response, the Plaintiffs hereby incorporate their Brief in Opposition to Motion to Disqualify as if set forth in its entirety.

Wherefore, the Plaintiffs respectfully request this Honorable Court to deny the Motion to Disqualify Counsel,

Respectfully Submitted,

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JAMES R. COONEY
PA I.D. #32706
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
Benedum Trees Building
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**ONEJET, INC.,**

      **Debtor.**

_____

**WOODY PARTNERS et al,**

      **Plaintiffs,**

  v.

**MATTHEW R. MAGUIRE, PATRICK MAGUIRE, BOUSTEAD SECURITIES, LLC, MELVIN PIRCHESKY, ROBERT CAMPBELL, ROBERT LEWIS and DAVID MINNOTTE,**

      **Defendants.**

Bankruptcy No. 18-24070-GLT

Adversary No. 19-02134-GLT

Related to Adversary Doc. Nos.: 101, 117

Hearing Date and Time:
September 26, 2019 at 2:00 P.M.

### CERTIFICATE OF SERVICE

I, Robert O Lampl, James R. Cooney, David L. Fuchs, Ryan J. Cooney and Sy O. Lampl, hereby certify that on the 3rd day of September, 2019, I served a true and correct copy of the within **Response** upon Counsel for the Defendants, by E-mail, addressed as follows:

Brian W. Bisignani
John N. Joseph
Yune D. Emeritz
Post & Schell, P.C.
1869 Charter Lane, Suite 102
Lancaster, PA 17601
BBisignani@postschell.com
jjoseph@postschell.com
yemeritz@postschell.com

(Counsel for Matthew R. Maguire and Patrick Maguire)

5

Keith E. Whitson
Stephanie A. Short
Schnader Harrison Segal & Lewis, LLP
120 Fifth Avenue, Suite 2700
Pittsburgh, PA 15222
*kwhitson@schnader.com*
*sshort@schnader.com*

(Counsel for David Minnotte)

Christopher P. Parrington
Andrew R. Shedlock
Daniel Carmeli
Kutak Rock, LLP
1760 Market Street
Suite 1100
Philadelphia, PA 19103
*Christopher.Parrington@kutakrock.com*
*Andrew.Shedlock@kutakrock.com*
*daniel.carmeli@kutakrock.com*

(Counsel for Boustead Securities, LLC and Robert Campbell)

Patrick K. Cavanaugh
Zachary N. Gordon
Del Sole, Cavanaugh & Stroyd
Three PPG Place, Suite 600
Pittsburgh, PA 15222
*pcavanaugh@dsclaw.com*
*zgordon@dsclaw.com*

(Counsel for Robert Lewis)

Gerald J. Stubenhofer, Jr.
Emma R. Donahey
George W. Fitting
McGuire Woods
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222-3142
*gstubenhofer@mcguirewoods.com*
*edonahey@mcguirewoods.com*
*gfitting@mcguirewoods.com*

(Counsel for Melvin Pirchesky)

6

Date:  September 3, 2019               */s/ Robert O Lampl*
                                       ROBERT O LAMPL
                                       PA I.D. #19809
                                       JAMES R. COONEY
                                       PA I.D. #32706
                                       DAVID L. FUCHS
                                       PA I.D. #205694
                                       RYAN J. COONEY
                                       PA I.D. #319213
                                       SY O. LAMPL
                                       PA I.D. #324741
                                       Benedum Trees Building
                                       223 Fourth Avenue, 4th Fl.
                                       Pittsburgh, PA 15222
                                       (412) 392-0330 (phone)
                                       (412) 392-0335 (facsimile)
                                       Email:  rlampl@lampllaw.com