IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 18-24070-GLT |
| | Chapter 7 |
| OneJet, Inc. | |
| Debtor. | |
| Woody Partners, et. al., | Adversary No. 19-02134-GLT |
| | Related Dkt. No. 101, 165, 166, and 174 |
| Plaintiffs, | |
| v. | |
| Matthew R. Maguire et. al., | **Hearing Date and Time:** |
| | **September 26, 2019 at 2:00 p.m.** |
| Defendants. | |

## CERTIFICATION THAT BRIEFING COMPLETED

    I hereby certify that briefs in the above-captioned matter regarding Defendant Robert Lewis' Motion to Disqualify Counsel (Dkt. 101) have been filed by the parties and the matter is ready for trial or other disposition by the Court.

DEL SOLE CAVANAUGH STROYD LLC

Date: September 10, 2019

*/s/ Patrick K. Cavanaugh*
Patrick K. Cavanaugh
PA ID No. 72960
Zachary N. Gordon
PA ID No. 318808
pcavanaugh@dscslaw.com
zgordon@dscslaw.com
*Counsel for Defendant Robert Lewis*

3 PPG Place, Suite 300
Pittsburgh, PA 15222
Tel: (412) 261-2393
Fax: (412) 261-2110

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Certification was served on this date using this Court's electronic filing system:

Robert O. Lampl
John P. Lacher
James R. Cooney
David L. Fuchs
Ryan J. Cooney
Sy O. Lampl
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
rlampl@lampllaw.com
jlacher@lampllaw.com
jcooney@lampllaw.com
dfuchs@lampllaw.com
slampl@lampllaw.com
(Counsel for Plaintiffs)

Christopher P. Parrington
Andrew R. Shedlock
Daniel Carmeli
Kutak Rock LLP
60 South Sixth Street
Suite 3400
Minneapolis, MN 55402
Christopher.Parrington@kutakrock.com
Andrew.Shedlock@kutakrock.com
Daniel.carmeli@kutakrock.com
(Counsel for Boustead Securities, LLC, and Robert Campbell)

Brian W. Bisignani
John N. Joseph
Post & Schell, P.C. 1869
Charter Lane, Suite 102
Lancaster, PA 17601
bbisignani@postschell.com
jjoseph@postschell.com
(Counsel for Matthew R. Maguire and Patrick Maguire)

Keith E. Whitson
Stephanie A. Short
Schnader Harrison Segal & Lewis, LLP
120 Fifth Avenue, Suite 2700 Pittsburgh, PA 15222
kwhitson@schnader.com
sshort@schnader.com
(Counsel for David Minnotte)

Emma R. Donahey
Gerald J. Stubenhofer, Jr.
McGuire Woods
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
edonahey@mcguirewoods.com
gstubenhofer@mcguirewoods.com
(Counsel for Melvin Pirchesky)

Date: September 10, 2019

*/s/ Patrick K. Cavanaugh*
Patrick K. Cavanaugh