FILED
9/27/19 4:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>OneJet, Inc.<br><br>*Debtor* | Case No. 18-24070-GLT<br>Chapter 7 |
| Woody Partners et al,<br><br>*Plaintiffs*,<br><br>v.<br><br>Matthew R. Maguire et al,<br><br>*Defendants.* | Adv. No. 19-02134-GLT<br><br>Related to Dkt. Nos. 93, 98, 107, 108, 109, 178, 173, 174, and 166.<br><br>Hearing: September 26, 2019 |

## ORDER

This matter came before the Court on Matthew Maguire's and Patrick Maguire's *Motion to Dismiss Case Complaint* [Dkt. No. 93], Boustead Securities, LLC and Robert Campbell's *Motion to Dismiss Adversary Proceeding* [Dkt. No. 98], David Minnotte's *Motion to Dismiss Party* or in the alternative *Motion for More Definite Statement* [Dkt. No. 107], Melvin Pirchesky's *Motion to Dismiss Party* [Dkt. No. 108], and Robert Lewis' *Motion to Dismiss Party* [Dkt. No. 109] (together the "Motions to Dismiss") and on Plaintiffs' *Brief in Opposition* [Dkt. No. 178], Plaintiffs' *Brief/Memorandum in Opposition* [Dkt. No. 173], Plaintiffs' *Brief/Memorandum in Opposition* [Dkt. No. 174], and Debtor's *Response* [Dkt. No. 166] (together the "Responses"). The Court heard the Motions to Dismiss and the Responses in conjunction with a previously scheduled pretrial status conference on September 26, 2019, wherein the Court assessed the viability of the Plaintiffs' pleadings and deemed the Plaintiffs' complaint deficient in

multiple aspects. The Motions to Dismiss will be granted and denied to the extent iterated in this order. Based on the foregoing, and for the reasons stated on the record at the September 26, 2019 hearing it is hereby **ORDERED, ADJUDJED,** and **DECREED**, that:

1. The Motions to Dismiss are **GRANTED** to the extent they seek more definite statements from Plaintiffs. On or before October 28, 2019, Plaintiffs shall file an Amended Complaint, taking the corrective measures as discussed on the record.

2. The Motions to Dismiss are **DENIED** to the extent they seek dismissal of claims alleged against the movants in the initial complaint.

3. The Status Conference is concluded. The Court will defer entry of pretrial order until Amended Complaint is filed.

Dated: September 27, 2019

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

Case administrator to mail to:
Debtor
Plaintiffs' Counsel
Defendants' Counsel
John Richardson, Esq.