**FILED**
**OCT 25 2019**
**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-2408 |
| | : | Chapter: 7 |
| OneJet, Inc. | : | |
| | : | |
| *Debtor(s).* | : | |
| | : | |
| Woody Partners et al, | : | Adv. No.: 19-02134-GLT |
| | : | |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| Matthew R. Maguire et al., | : | |
| | : | Date: 10/22/2019 |
| *Defendants.* | : | Time: 02:00 |

## PROCEEDING MEMO

**MATTER:**   Evidentiary Hearing:
   # 101 - Motion to Disqualify Counsel filed by Defendant Robert Lewis
   # 166 - Response filed by Plaintiffs
   # 174 - Brief in Opposition filed by Plaintiffs
   # 206 - Witness and Exhibit List filed by Plaintiffs
   # 207 - Stipulation of Facts filed by Robert Lewis and Between Plaintiffs
   # 208 - Joint Exhibit List filed by Robert Lewis
   # 209 - Exhibit List filed by Robert Lewis
   # 210 - Witness List filed by Robert Lewis

**APPEARANCES:**
   Plaintiff:   James Cooney and Ryan Cooney
   Robert Lewis:   Zachary Gordon

**NOTES:**

Evidentiary hearing occurred on October 22, 2019.

**OUTCOME:**

1. Robert Lewis' *Motion to Disqualify Counsel* [Dkt. No. 101] is UNDER ADVISEMENT.

**DATED:** 10/22/2019