IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
**NOV 25 2019**
**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 19-02134 |
| | : | Chapter: |
| Woody Partners | : | |
| Maguire | : | |
| | : | Date: 11/25/2019 |
| *Debtor(s)*. | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:**   # 226 Motion to Seal Document filed by Defendant Robert Lewis
            [Response due 11/22/19 by 12 p.m.]
            # 258 - Response filed by Plaintiffs

**APPEARANCES:**
            Debtor:   James Cooney and Ryan Cooney
            Lewis:    Zachary Gordon

**NOTES:**

[Sealed Proceeding]

**OUTCOME:**

**DATED:** 11/25/2019