# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** <br><br> **OneJet, Inc.** <br>      **Debtor** <br><br> **Woody Partners, et al.,** <br><br>      **Plaintiffs,** <br> v. <br><br> **Matthew R. Maguire, Patrick Maguire, Boustead Securities, LLC, Melvin Pirchesky, Robert Campbell, Robert Lewis and David Minnotte,** <br><br>      **Defendants.** | Case No. 18-24070-GLT <br> Judge Gregory L. Taddonio <br><br> Chapter 7 <br><br> Related to Doc. No. 331 <br><br><br><br> Adv. Proc. No.: 19-02134-GLT |

**CONSENT OF ESTATE OF PATRICK J. MAGUIRE TO PLAINTIFFS' MOTION TO SUBSTITUTE PARTY DEFENDANT PURSUANT TO <u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 7025</u>**

NOW COMES Jean A. Rieke, Special Administrator of the Estate of Patrick J. Maguire, by and through her counsel, Post & Schell, P.C., and hereby consents to Plaintiffs' Motion to Substitute Party Defendant Pursuant to Federal Rule of Bankruptcy Procedure 7025.

           Respectfully Submitted,

           **POST & SCHELL, P.C.**

         BY: *Brian W. Bisignani*
           Brian W. Bisignani, Esquire
           1869 Charter Lane
           P.O. Box 10248
           Lancaster, PA 17605-0248
           Phone: (717) 612-6041
           Fax: (717) 291-1609
           Email: bbisignani@postschell.com

           and

John N. Joseph, Esquire
1600 John F. Kennedy Blvd., 13th Floor
Philadelphia, PA 19103
Phone: (215) 587-1000
Fax: (215) 320-4190
Email:  jjoseph@postschell.com

Counsel for: Jean A. Rieke, Special Administrator for the Estate of Patrick J. Maguire