FILED
5/22/20 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**TABLE 1**

**Out-of-State Plaintiffs**

| Plaintiff | Complaint | Residence | Seller(s) |
|---|---|---|---|
| Cindrich, Ronald | ¶ 7(11) | FL | Matthew Maguire |
| Clariot New Albany | ¶ 7(12) | OH | Matthew Maguire |
| Cowen OJ Investment, LLC | ¶ 7(16) | NY | Matthew Maguire |
| DelMetro, Inc. | ¶ 7(17) | NC | Matthew Maguire |
| Einhorn, Stephen | ¶ 7(20) | WI | Matthew Maguire |
| The Harding-Brown Family Trust | ¶ 7(23) | CA | Matthew Maguire |
| Hoeksema, Timothy | ¶ 7(24) | FL | Matthew Maguire |
| Joerres, Jeffrey | ¶ 7(26) | WI | Matthew Maguire |
| Kuester, Dennis J. | ¶ 7(31) | FL | Matthew Maguire |
| Nahra, M.D., Mitchell Elias | ¶ 7(37) | OH | Matthew Maguire |
| Nasgovitz, William | ¶ 7(38) | WI | Matthew Maguire |
| Orttech Ltd. | ¶ 7(40) | OH | Melvin Pirchesky, Matthew Maguire |
| Triad Investments, Inc. | ¶ 7(52) | OH | Melvin Pirchesky, Matthew Maguire |
| The Christian Luke Ronald Vadas 2016 Trust | ¶ 7(53) | OH | Matthew Maguire, Robert Lewis |
| The Simon Isaac Young Vadas 2016 Trust | ¶ 7(54) | OH | Matthew Maguire, Robert Lewis |
| Whitaker, Jerry R. | ¶ 7(56) | SC | Matthew Maguire |
| White, Michael H. | ¶ 7(57) | WI | Matthew Maguire |
| The Gregory S. Zenczak Family Dynasty Trust | ¶ 7(58) | OH | Melvin Pirchesky, Matthew Maguire |
| The Stephen J. Zenczak Family Dynasty Trust | ¶ 7(59) | OH | Melvin Pirchesky, Matthew Maguire |

## TABLE 2
### Broker Plaintiffs

**Plaintiffs Who Purchased Securities From Pirchesky:**

| Plaintiff | Complaint |
|---|---|
| Woody Partners | ¶ 7(1) |
| Aloe Brothers, LLC | ¶ 7(2) |
| Altomari, Kevin | ¶ 7(4) |
| Auray, Robert and Marion | ¶ 7(5) |
| Blair Oak Investments, LP | ¶ 7(10) |
| Connors, Eugene and Tina Houmis | ¶ 7(13) |
| Constantakis, Andrew | ¶ 7(14) |
| Constantakis, Nicholas and Veronica | ¶ 7(15) |
| Flighthawk, LLC | ¶ 7(21) |
| George, John A. and Carolyn D. | ¶ 7(22) |
| Hunt, William E. | ¶ 7(25) |
| Johnson, James R. and Matthew | ¶ 7(27) |
| Lewis, Michael J. | ¶ 7(32) |
| Liken, James | ¶ 7(33) |
| Orttech Ltd. | ¶ 7(40) |
| Pietandrea, Robert A. | ¶ 7(41) |
| Restivo, James and Gail | ¶ 7(42) |
| Triad Investments, Inc. | ¶ 7(52) |
| The Gregory S. Zenczak Family Dynasty Trust | ¶ 7(58) |
| The Stephen J. Zenczak Family Dynasty Trust | ¶ 7(59) |

**Plaintiffs Who Received Pirchesky's Solicitation Materials:**

| Plaintiff | Complaint |
|---|---|
| Aloe, David | ¶ 7(3) |
| Lueth, Randy | ¶ 7(34) |

65

**TABLE 3**
**Non-Broker Plaintiffs**

**Plaintiffs Who Did Not Purchase Securities from the Boustead Defendants:**

| Plaintiff | Complaint ¶ 7 | Complaint ¶ 41 |
|---|---|---|
| Austin, Clement R. | ¶ 7(6) | ¶ 41(6) |
| B5S, LLC | ¶ 7(7) | ¶ 41(7) |
| Benter, William | ¶ 7(8) | ¶ 41(8) |
| Berglund, Richard | ¶ 7(9) | ¶ 41(9) |
| Cindrich, Ronald | ¶ 7(11) | ¶ 41(11) |
| Clariot New Albany | ¶ 7(12) | ¶ 41(12) |
| Cowen OJ Investment, LLC | ¶ 7(16) | ¶ 41(16) |
| DelMetro, Inc. | ¶ 7(17) | ¶ 41(17) |
| Denove, Robert | ¶ 7(18) | ¶ 41(19)* |
| Diehl, Corina | ¶ 7(19) | ¶ 41(19) |
| Einhorn, Stephen | ¶ 7(20) | ¶ 41(20) |
| The Harding-Brown Family Trust | ¶ 7(23) | ¶ 41(23) |
| Hoeksema, Timothy | ¶ 7(24) | ¶ 41(24) |
| Joerres, Jeffrey | ¶ 7(26) | ¶ 41(26) |
| Kern, Scott | ¶ 7(29) | ¶ 41(29) |
| Kronk, Keith | ¶ 7(30) | ¶ 41(30) |
| Kuester, Dennis J. | ¶ 7(31) | ¶ 41(31) |
| Matter, David | ¶ 7(35) | ¶ 41(35) |
| McCrory, Kenneth C. | ¶ 7(36) | ¶ 41(36) |
| Nahra, M.D., Mitchell Elias | ¶ 7(37) | ¶ 41(37) |
| Nasgovitz, William | ¶ 7(38) | ¶ 41(38) |
| North Star Coal Co. Non-Bargaining Employees Profit Sharing Plan | ¶ 7(39) | ¶ 41(39) |
| Rosen, Susan | ¶ 7(43) | ¶ 41(43) |
| Sacco, James V. | ¶ 7(44) | ¶ 41(44) |
| Sarris, William | ¶ 7(45) | ¶ 41(45) |
| 7th Street Properties, LP | ¶ 7(46) | ¶ 41(46) |

| | | |
|---|---|---|
| Sheertex Fabrics, LLC | ¶ 7(47) | ¶ 41(47) |
| Shilling, Jack W. | ¶ 7(48) | ¶ 41(48) |
| Smith, Steven G. | ¶ 7(49) | ¶ 41(49) |
| David Tesone Group, Inc. | ¶ 7(50) | ¶ 41(50) |
| Thomas, Derek J. | ¶ 7(51) | ¶41(51) |
| The Christian Luke Ronald Vadas 2016 Trust | ¶ 7(53) | ¶41(53) |
| The Simon Isaac Young Vadas 2016 Trust | ¶ 7(54) | ¶ 41(54) |
| Viking Reinsurance Company | ¶ 7(55) | ¶ 41(55) |
| Whitaker, Jerry R. | ¶ 7(56) | ¶ 41(56) |
| White, Michael H. | ¶ 7(57) | ¶ 41(57) |

**TABLE 4**
**Rule 9(b) Plaintiffs**

| Plaintiff | Complaint |
|---|---|
| Austin, Clement R. | ¶ 41(6) |
| Benter, William | ¶ 41(8) |
| Cindrich, Ronald | ¶ 41(11) |
| DelMetro, Inc. | ¶ 41(17) |
| Diehl, Corina | ¶ 41(19) |
| Lewis, Michael J. | ¶ 41(32) |
| North Star Coal Co. Non-Bargaining Employees Profit Sharing Plan | ¶ 41(39) |
| Sarris, William | ¶ 41(45) |
| Sheertex Fabrics, LLC | ¶ 41(47) |
| Smith, Steven G. | ¶ 41(49) |
| David Tesone Group, Inc. | ¶ 41(50) |

**TABLE 5**
**Lewis Plaintiffs**

| Plaintiff | Complaint |
|---|---|
| B5S, LLC | ¶ 41(7) |
| Nahra, M.D., Mitchell Elias | ¶ 41(37) |
| Sacco, James V. | ¶ 41(44) |
| The Christian Luke Ronald Vadas 2016 Trust | ¶ 41(53) |
| The Simon Isaac Young Vadas 2016 Trust | ¶ 41(54) |