Form 605

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **OneJet, Inc.** | : | Case No. 18–24070–GLT |
| *Debtor(s)* | : | Chapter: 11 |
| | : | |
| Woody Partners et al. | : | |
| *Plaintiff(s),* | : | |
| | : | Adversary No. 19–02134–GLT |
| v. | : | Related to Document No. 347 |
| Matthew Maguire et al. | : | |
| *Defendant(s).* | : | Hearing Date: 6/11/20 at 01:00 PM |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND HEARING ON MOTION

 *AND NOW,* this **The 4th of June, 2020**, a ***Motion to Lift Stay of Discovery*** having been filed by the Plaintiffs at Doc. No. 347,

 It is hereby **ORDERED, ADJUDGED and DECREED** that:

 (1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a ***Certificate of Service***. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

 (2)  **On or before June 10, 2020,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

 (3)  This *Motion* is scheduled for hearing on **June 11, 2020** at **01:00 PM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

 (4)  If, after proper service, a Responding Party fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio, refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

 (5)  A maximum of ten (10) minutes has been allotted to hear this matter. Should this matter require more than ten (10) minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**. The Court may authorize counsel of record to participate in the hearing by telephone provided arrangements are made with the Courtroom Deputy by telephone at least three (3) days prior to the hearing.

(6) Responses are due on or before 12:00 p.m. on June 10, 2020.
(7) The hearing will be conducted telephonically. Parties wishing to participate in the hearing shall register with CourtCall and refer to Judge Taddonio's procedures on the Court's website.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: Robert O Lampl, Esq.