**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ONEJET, INC.,<br><br>Debtor.<br><br>WOODY PARTNERS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW R. MAGUIRE, ESTATE OF PARTICK MAGUIRE, BOUSTEAD SECURITIES, LLC, MELVIN PIRCHESKY and ROBERT LEWIS,<br><br>Defendants.<br><br>ROSEMARY C. CRAWFORD, Chapter 7 Trustee,<br><br>Movant,<br><br>v.<br><br>WOODY PARTNERS et al[1],<br><br>Respondents. | Bankruptcy No. 2:18-bk-24070<br><br>Chapter 7<br><br>Adv. No. 19-02134<br><br>Related Doc. Nos.: 425 & 426<br><br>Hearing Date: Jan. 8, 2021 @ 2:15pm<br>Response Deadline: Dec. 14, 2020 |

**CERTIFICATE OF SERVICE OF MOTION TO ADMINISTRATIVELY COORDINATE ADVERSARY PROCEEDINGS (Doc No. 425) and HEARING NOTICE (Doc. No. 426)**

I certify under penalty of perjury that I served the above referenced documents on the parties at the addresses specified below via electronic and/or U.S. First Class Mail on November 30, 2020:

Via Electronic Mail:

Christopher J. Azzara on behalf of Defendant Estate of Patrick Maguire
cazzara@smgglaw.com, ccallahan@smgglaw.com;kmaiorano@smgglaw.com;klaraba@smgglaw.com

Christopher J. Azzara on behalf of Defendant Matthew R. Maguire
cazzara@smgglaw.com, ccallahan@smgglaw.com;kmaiorano@smgglaw.com;klaraba@smgglaw.com

[1] Due to the large number of Plaintiffs (Respondents to this Motion) in Adversary Proceeding No. 19-02134, their names are not listed herein. Such information can be found on Exhibit A to the Adversary Complaint in the Woody Partners Action [see Docket No. 1-1].

Brian W. Bisignani on behalf of Interested Party Jean A. Rieke
bbisignani@postschell.com, jjoseph@postschell.com;yemeritz@postschell.com;dcaley@postschell.com

Donald R. Calaiaro on behalf of Defendant Estate of Patrick Maguire
dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro on behalf of Defendant Matthew R. Maguire
dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Patrick K. Cavanaugh on behalf of Defendant Robert Lewis
pcavanaugh@dscslaw.com, mthompson@dscslaw.com

James R. Cooney on behalf of Plaintiff Woody Partners
jcooney@lampllaw.com

Kerri Coriston Sturm on behalf of Interested Party Rosemary C. Crawford, Chapter 7 Trustee
ksturm@bernsteinlaw.com,
sandeits@bernsteinlaw.com;cwirick@bernsteinlaw.com;rmccartney@bernsteinlaw.com;alsmith@bernsteinlaw.com

Danielle L. Dietrich on behalf of Defendant Estate of Patrick Maguire
ddietrich@smgglaw.com

Danielle L. Dietrich on behalf of Defendant Matthew R. Maguire
ddietrich@smgglaw.com

George W. Fitting on behalf of Defendant Melvin Pirchesky
gfitting@mcguirewoods.com

David L. Fuchs on behalf of Plaintiff Woody Partners
, 9924@notices.nextchapterbk.com

Zachary N Gordon on behalf of Defendant Robert Lewis
zgordon@dscslaw.com

Scott M. Hare on behalf of Defendant Estate of Patrick Maguire
share@wtplaw.com, share4@mac.com;8047805420@filings.docketbird.com;llescallette@wtplaw.com

Scott M. Hare on behalf of Defendant Matthew R. Maguire
share@wtplaw.com, share4@mac.com;8047805420@filings.docketbird.com;llescallette@wtplaw.com

Ron G. Jones on behalf of Defendant Boustead Securities, LLC
ron.jones@jacksonkelly.com, ajthomas@jacksonkelly.com

Robert O Lampl on behalf of Plaintiff 7th Street Properties, LP
rol@lampllaw.com,

jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Aloe Brothers, LLC
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff B5S, LLC
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Blair Oak Investments, LP
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Clariot New Albany, LLC
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Cowen OJ Investment, LLC
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff David Tesone Group, Inc.
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff DelMetro, Inc.
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Flighthawk, LLC
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff North Star Coal Company Non-Bargaining Employees Profit Sharing Plan
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Orttech Ltd.
rol@lampllaw.com,

jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Sheertex Fabrics, LLC
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Triad Investments, Inc.
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Viking Reinsurance Company
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Woody Partners
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Andrew J. Constantakis
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Bonny Sue Young-Vadas
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Clemont R. Austin
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Corina Diehl
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff David Aloe
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff David Matter
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slam

pl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Dennis J. Kuester
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Derek J. Thomas
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Eugene K. Connors and Tina K. Houmis
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Greg and Carol Harding-Brown
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Gregory S. Zenczak
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Jack W. Shilling
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff James Liken
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff James J. and Gail Restivo
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff James R. Johnson
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff James V. Sacco
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Jeffrey Joerres
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Jerry R. Whitaker
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff John A. and Carolyn D. George
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Keith Kronk
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Kenneth C. McCrory
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Kevin Altomari
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Marion and Robert Auray, Jr.
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Matthew and James R. Johnson
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Michael H. White
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Michael J. Lewis
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Mitchell Elias Nahra
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Nicholas & Veronica Constantakis
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Randy Lueth
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Richard Berglund
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Robert Denove
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Robert A. Pietandrea
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Robert Joseph Vadas
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Ronald Cindrich
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Scott Kern
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Stephen Einhorn
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Stephen J. Zenczak

rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Steven G. Smith
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Susan Rosen
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff Timothy Hoeksema
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff William Benter
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff William Nasgovitz
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff William Sarris
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Robert O Lampl on behalf of Plaintiff William E. Hunt
rol@lampllaw.com,
jschemm@lampllaw.com;jlacher@lampllaw.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;aholmquist@lampllaw.com;kmonahan@lampllaw.com

Jason L. Ott on behalf of Cross Defendant Boustead Securities, LLC
Jason.ott@jacksonkelly.com

Jason L. Ott on behalf of Cross-Claimant Boustead Securities, LLC
Jason.ott@jacksonkelly.com

Jason L. Ott on behalf of Defendant Boustead Securities, LLC
Jason.ott@jacksonkelly.com

Jana S. Pail on behalf of Defendant Estate of Patrick Maguire
jpail@wtplaw.com

Jana S. Pail on behalf of Defendant Matthew R. Maguire
jpail@wtplaw.com

Christopher P. Parrington on behalf of Defendant Boustead Securities, LLC
Christopher.Parrington@kutakrock.com, Lucretia.Anderson@kutakrock.com

John J. Richardson on behalf of Interested Party Rosemary C. Crawford, Chapter 7 Trustee
jrichardson@bernsteinlaw.com,
alsmith@bernsteinlaw.com,cwirick@bernsteinlaw.com,dmcelveen@bernsteinlaw.com

Andrew R. Shedlock on behalf of Defendant Boustead Securities, LLC
Andrew.Shedlock@kutakrock.com, Mary.Flahavan@kutakrock.com

David A. Strassburger on behalf of Defendant Estate of Patrick Maguire
dstrassburger@smgglaw.com, kmaiorano@smgglaw.com

David A. Strassburger on behalf of Defendant Matthew R. Maguire
dstrassburger@smgglaw.com, kmaiorano@smgglaw.com

Gerald J Stubenhofer, Jr on behalf of Cross-Claimant Melvin Pirchesky
gstubenhofer@mcguirewoods.com, brobbins@mcguirewoods.com;amuhl@mcguirewoods.com

Gerald J Stubenhofer, Jr on behalf of Defendant Melvin Pirchesky
gstubenhofer@mcguirewoods.com, brobbins@mcguirewoods.com;amuhl@mcguirewoods.com

Sylvia Nichole Winston on behalf of Cross Defendant Boustead Securities, LLC
sylvia.winston@jacksonkelly.com

Sylvia Nichole Winston on behalf of Cross-Claimant Boustead Securities, LLC
sylvia.winston@jacksonkelly.com

Sylvia Nichole Winston on behalf of Defendant Boustead Securities, LLC
sylvia.winston@jacksonkelly.com

Dated: November 30, 2020 Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

*By: /s/ John J. Richardson*
John J. Richardson, Esq.,
PA I.D.: #86045
jrichardson@bernsteinlaw.com
David A. Jones, Jr., Esq.,
PA I.D.: #317266
djones@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
T: (412) 456 – 8100
F: (412) 456 – 8135