IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/4/21 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No. 18-24070-GLT |
| | : | Chapter 7 |
| **ONE JET, INC.,** | : | |
| *Debtor.* | : | |
| **WOODY PARTNERS,** *et al.*, | : | Adv. Pro. No. 19-02134-GLT |
| | : | Related Dkt. No. 468 |
| *Plaintiffs,* | : | |
| v. | : | |
| **MATTHEW R. MAGUIRE,** *et al.*, | : | |
| *Defendants.* | : | |

## ORDER

Upon review of the Mediator's Certificate of Completion [Dkt. No. 468], the Court finds it necessary to hold a status conference to address the status of any pending settlements and a revised timetable of pretrial deadlines. Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**, that:

1. A status conference is scheduled for **June 10, 2021** at **11 a.m**. via Zoom video conference. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by Judge Taddonio's Modified Procedures for Remote Participation (http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) **no later than 4 p.m.** on the business day prior to the hearing.

Dated: June 4, 2021

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor