**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 2:18-bk-24070 |
| | : | |
| ONEJET, INC., | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| | : | Adv. No. 19-02134 |
| WOODY PARTNERS, et al., | : | |
| | : | |
| Plaintiffs | : | Related Dkt. Nos. 468, 470 |
| v. | : | |
| | : | |
| MATTHEW R. MAGUIRE, ESTATE OF | : | |
| PATRICK MAGUIRE, BOUSTEAD | : | Hearing Date:  June 10, 2021 at 11a.m. |
| SECURITIES, LLC, MELVIN | : | |
| PIRCHESKY and ROBERT LEWIS | : | |
| | : | |
| Defendants | : | |

## AMENDED CERTIFICATE OF COMPLETION OF MEDIATION CONFERENCE

Joel M. Walker ("Mediator") hereby files this Amended Certificate of Completion of Mediation Conference and certifies as follows:

1. On February 8, 2021, a Consent Order of this Court was entered at Dkt. Nos. 452 in Adversary No. 19-02134, 45 in Adversary No. 20-02172, and 113 in Adversary No. 20-02175 (collectively, the "Adversary Proceedings"), approving the agreement of the parties to mediate the disputes in the Adversary Proceedings and retaining Joel M. Walker as the mediator (the "Mediator").

2. The parties in the Adversary Proceedings entered into a Mediation Agreement with Mediator which was approved by Order of this Court on February 17, 2021.

3. Mediation sessions were held virtually on April 7 and April 8, 2021, with the first session lasting approximately ten and one-half hours and the second session lasting approximately nine and one-half hours.

4. Although not in formal mediation sessions, the parties continued discussions through May 31, 2021.

5. The Plaintiffs and Defendant Matthew R. Maguire and Defendant Estate of Patrick Maguire have reached a settlement in this matter.

6. On June 1, 2021, the Mediator filed a Certificate of Completion of Mediation Conference at Dkt. No. 468. After that date, the Plaintiffs and Defendant Robert Lewis reached a separate settlement in this matter.

7. The remaining Defendants and Plaintiffs did not reach a settlement in this matter.

Dated: June 7, 2021

/*s/ Joel M. Walker*
Joel M. Walker (PA I.D. No. 26515)

**NYE, STIRLING, HALE & MILLER LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA  15243
Phone (412) 857-5348
Cell (412) 443-4145
jmwalker@nshmlaw.com