# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 7 |
| ONE JET, INC., | Case No.: 18-24070-GLT |
| Debtor. | |
| WOODY PARTNERS, ET AL., | Adv. Pro. No.: 19-02134-GLT |
| Plaintiffs, | |
| v. | |
| MATTHEW R. MAGUIRE, ESTATE OF PATRICK J. MAGUIRE, BOUSTEAD SECURITIES, LLC, MELVIN PIRCHESKY, AND ROBERT LEWIS. | |
| Defendants. | |

### MOTION TO WITHDRAW MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants, Matthew R. Maguire and The Estate of Patrick J. Maguire ("the Maguires"), by and through their undersigned counsel, file the following Motion to Withdraw Motion for Leave to File under Seal, and in support thereof aver as follows:

On June 24, 2021, the Maguires filed a Motion for Leave to File under Seal (Document 483). Through inadvertence, one of the (redacted) documents requested to be sealed was filed publicly, and has since been removed from the public docket pending submission of this Motion. The Maguires now wish to withdraw their Motion for Leave to File under Seal, which will eliminate the erroneously filed exhibit from the record, and refile their Motion for Leave to File under Seal without the exhibit. The renewed Motion for Leave to File under Seal will be delivered

1

to chambers, and will not be filed through ECF. The Motion will be served on counsel of record in this action. There will be no exhibits.

WHEREFORE, Defendants, Matthew R. Maguire and The Estate of Patrick J. Maguire ("the Maguires"), by and through their undersigned counsel, respectfully request an Order allowing withdrawal of their Motion for Leave to File under Seal. An appropriate Order is attached.

STRASSBURGER McKENNA
GUTNICK & GEFSKY

Date: June 24, 2021        By:   /s/ David A. Strassburger
                                 David A. Strassburger
                                 Pa. ID No. 76027

                                 Danielle L. Dietrich
                                 Pa. ID No. 200767

                                 Christopher J. Azzara
                                 Pa. ID No. 204114

                                 Four Gateway Center, Suite 2200
                                 444 Liberty Avenue
                                 Pittsburgh, PA 15222

                                 Telephone:  412-281-5423
                                 Facsimile:   412-281-8264

                                 *Counsel for:  Matthew R. Maguire and
                                 The Estate of Patrick J. Maguire*