# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-24070 |
| ONEJET, INC., | Adversary No. 19-02134-GLT |
| Debtor. | |
| WOODY PARTNERS et al, | Related to Document Nos. 452 and 460 |
| Plaintiffs, | |
| v. | |
| MATTHEW R. MAGUIRE, JEAN A. RIEKE, Special Administrator of the Estate of PATRICK MAGUIRE, BOUSTEAD SECURITIES, LLC and ROBERT LEWIS, | |
| Defendants. | |

## JOINT STIPULATION FOR DISMISSAL OF ROBERT LEWIS

And now, the Parties, by their undersigned attorneys, hereby stipulate for the voluntary dismissal of all claims against Robert Lewis with prejudice pursuant to Rule 41 (a) (1) (A) (ii).

July 15, 2021  
Date

*James R. Cooney*  
James R. Cooney  
Counsel for Plaintiffs

*Patrick K. Cavanaugh*  
Patrick K. Cavanaugh  
Counsel for Robert Lewis

*David A. Strassburger*  
David A. Strassburger  
Counsel for Matthew A. Maguire and Jean A. Rieke

*Jason L. Ott*
Jason L. Ott
Counsel for Boustead Securities, LLC

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Bankruptcy No. 18-24070** |
| **ONEJET, INC.,** | **Adversary No. 19-02134-GLT** |
| Debtor. | |
| _____ | |
| **WOODY PARTNERS et al,** | **Related to Document Nos. 452 and 460** |
| Plaintiffs, | |
| v. | |
| **MATTHEW R. MAGUIRE, JEAN A. RIEKE, Special Administrator of the Estate of PATRICK MAGUIRE, BOUSTEAD SECURITIES, LLC and ROBERT LEWIS,** | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I, Robert O Lampl, hereby certify that on the 15th day of July, 2021, I served a true and correct copy of the within **Joint Stipulation** upon all interested parties, by E-mail, addressed as follows:

Patrick K. Cavanaugh
Zachary N. Gordon
Del Sole, Cavanaugh & Stroyd
Three PPG Place, Suite 600
Pittsburgh, PA 15222
*pcavanaugh@dsclaw.com*
*zgordon@dsclaw.com*

(Counsel for Robert Lewis)

David A. Strassburger
Strassburger, McKenna, Gutnick & Gefsky
Four Gateway Center
Suite 2200
Pittsburgh, PA 15222
dstrassburger@smgglaw.com

(Counsel for Matthew R. Maguire and Patrick Maguire)

Jason L. Ott
Jackson Kelly PLLC
501 Grant Street
Suite 1010
Pittsburgh, PA 15219
jason.ott@jacksonkelly.com

(Counsel for Boustead Securities, LLC)

                                                          */s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
JAMES R. COONEY
PA I.D. #32706
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
ALEXANDER L. HOLMQUIST
PA I.D. #314159

223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com