# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 7 |
| ONE JET, INC., | Case No.: 18-24070-GLT |
| Debtor. | |
| WOODY PARTNERS, ET AL., | Adv. Pro. No.: 19-02134-GLT |
| Plaintiffs, | |
| v. | |
| MATTHEW R. MAGUIRE, ESTATE OF PATRICK J. MAGUIRE, BOUSTEAD SECURITIES, LLC, AND MELVIN PIRCHESKY. | |
| Defendants. | |

## **ORDER**

AND NOW this ___ day of _____, 2021, it is hereby ORDERED that the Motion for Summary Judgment filed by Defendant, Matthew R. Maguire and Defendant, the Estate of Patrick J. Maguire ("the Maguires"), is GRANTED.  All cross-claims filed against the Maguires by Defendant, Boustead Securities, LLC, and Defendant, Melvin Pirchesky, are dismissed with prejudice.

BY THE COURT:

_____
Taddonio, J.